AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF    NEVADA

DANIEL J. QUATTRINI,

     Petitioner,         JUDGMENT IN A CIVIL CASE
V.

                           CASE NUMBER:  **3:08-CV-00048-LRH-VPC**

JACK PALMER, et al.,

     Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** Petitioner is not entitled to a certificate of appealability. FURTHER ORDERED that Respondents' Motion to dismiss (#16) is GRANTED and the petition is DISMISSED as untimely.

  December 4, 2008                             **LANCE S. WILSON**
                                                             Clerk

                                                             /s/ D. R. Morgan
                                                             Deputy Clerk